UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

Criminal No. 13-cr-28-01-SM

v.

<u>Kurt Sanborn</u>

O R D E R

The assented to motion to reschedule jury trial (document no. 10) filed by defendant is granted; Final Pretrial is rescheduled to October 4, 2013 at 10:30 AM; Trial is continued to the two-week period beginning October 16, 2013, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

Steven J. McAuliffe
United States District Judge

Date: May 7, 2013

cc: Counsel of record
    U.S. Marshal
    U.S. Probation